AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Arkansas

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>USPS Priority Mail Parcel<br>9405511202508912195711 | ) ) ) ) ) ) | Case No. 22-11 CDC |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
USPS Priority Mail Parcel 9405511202508912195711, addressed to JAZMIN FUENTES, 1004 HENDRIX ST, ROGERS, AR 72756-5810.

located in the _____Western_____ District of _____Arkansas_____, there is now concealed *(identify the person or describe the property to be seized)*:
Evidence of, contraband, and/or property used in distributing illegal narcotics and/or proceeds of illegal narcotics trafficking, in violation of Title 21, United States Code, Section 841 (a)(1); 21, United States Code, Section 846

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21, USC, Section 841 (a)(1)<br>21, USC, Section 846 | Conspiracy to possess with intent to distribute a controlled substance. |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David L. Barrett, US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/21/2022

*Judge's signature*

City and state: Fayetteville, Arkansas

Christy D. Comstock, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, David Barrett, your Affiant being duly sworn, depose and state as follows:

1. I am a federal agent employed by the United States Postal Inspection Service (USPIS), currently assigned to the Eastern and Western Districts of Arkansas, duly appointed according to law and acting as such. My responsibilities include the investigation of controlled substances transported through the Postal Service, in violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. I have experience investigating narcotics offenses and have received related training through the USPIS.

### Purpose of Affidavit

2. I make this affidavit in support of search warrant application for parcels described as follows (hereinafter "suspect parcel"):

### The Suspect Parcel

| | |
|---|---|
| USPS Priority Mail No.: | 9405511202508912195711 |
| Addressee: | JAZMIN FUENTES<br>1004 HENDRIX ST<br>ROGERS, AR 72756-5810 |
| Sender: | PICA-PICA CANDY<br>PICA-PICA TX, INC<br>488 REGAL ROW #110<br>Brownsville, TX 78521 |
| Date Mailed: | March 16, 2022 |
| Class of Mail: | Priority Mail |
| Place Mailed: | Brownsville, TX |




3.      Part of your Affiant's responsibilities on the Little Rock team is the investigation of controlled substances transported through the U.S. Postal Service which constitute a violation of Title 21, United States Code, Sections 841(a)(1) and 846, The Drug Abuse Prevention and Control Act and Conspiracy. This Affidavit is based upon Affiant's personal investigation and upon information received from other law enforcement officers and agents who are identified herein; and is made in support of an application for a search warrant for the suspect parcel.

4.      For the reasons set forth below, I have probable cause to believe that illegal narcotics or currency related to the sale or distribution of controlled substances will be found inside the above-described suspect parcel. Since this Affidavit is for the limited purpose of establishing probable cause to support a search warrant, it contains only a summary of facts necessary to establish probable cause. I have not included each and every fact known to me concerning the entities, individuals, and the events described in this Affidavit.

5.      The grounds for issuance of the search warrant are derived from your Affiant's review of the physical evidence, discussions with participating agencies, and interviews of persons who have personal knowledge of the events described herein.

### Affiant's Experience

6.      Affiant has been a United States Postal Inspector for over eighteen years; and in federal law enforcement for over 19 years. During that time, Affiant has worked on numerous federal criminal investigations. Affiant has worked with other agents, police officers, and law enforcement personnel who have extensive criminal investigative experience and training.

7.      Affiant was a police officer in the state of Arkansas for over seven years. During that time, Affiant worked numerous violations of state and local laws and conducted

investigations accordingly. Affiant has conducted investigations which involve violent crimes, illegal narcotics, stolen property and identity theft.

8. Through training and participation in criminal investigations, your Affiant has become familiar with and has participated in the following methods of investigations, including, but not limited to, electronic surveillance, visual surveillance, questioning of witnesses, and the use of search warrants and undercover agents.

9. I am aware through training and experience, as well as through information from other Postal Inspectors with extensive experience in drug trafficking investigations, the U.S. Mail is a common and preferred method of drug traffickers shipping their product. The Priority Mail and Priority Mail Express services are frequently used by drug dealers for shipping illegal drugs, and for shipping the proceeds and money from illegal drug sales and purchases. Use of the U.S. Mail is favored because of the speed, reliability, and low cost of this service, tracking capabilities, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

10. I am also aware drug traffickers often use pre-paid postage address labels, fictitious names or no names on the return addresses and for the addressees in order to avoid detection in the event the parcel is intercepted by law enforcement. I am further aware drug traffickers will often use fictitious return addresses and names or no names to hinder investigative efforts and to hide their true identities. Drug traffickers will often times send these parcels to fictitious names at the delivery addresses to minimize and conceal responsibility and to avoid being arrested. Drug traffickers involved in "Dark Web" drug sales use online markets and often use crypto-currency prepaid postage to attempt to stay anonymous. In addition, persons who are involved with "Dark Web" narcotics trafficking maintain methods and supplies

for sending narcotics through the mail, including packaging materials, boxes, labels, label printers, and online accounts for pre-purchasing postage.

## Probable Cause

11. In December, 2021, Detective Joshua Cookinham with the Rogers Police Department and Benton County Drug Unit has been investigating Jose Reyes (Reyes) for trafficking narcotics and weapons violations. Throughout this investigation Detective Cookinham has received information from five different sources of information and one reliable, confidential, informant that Reyes has been selling multiple pounds of methamphetamine. Two of the sources told Detective Cookinham that Reyes has been receiving methamphetamine through the mail. One source of information advised Detective Cookinham that the United States Postal Service (USPS) was the carrier used to mail the narcotics.

12. In February, 2022, Rogers PD Detectives obtained a search warrant for the phone of Anthony Tapia (Tapia). Detective Cookinham observed Facebook messages between Reyes and Tapia, which confirmed Reyes was receiving narcotics and Tapia was selling the narcotics for Reyes.

13. In February, 2022, Detective Cookinham was informed by a confidential source of information that Reyes was living at his sister's, Jazmin Fuentes, residence. The source advised the residence was a triplex and was on Hendrix Street but did not know the exact unit.

14. In March, 2022, Detective Cookinham conducted surveillance of the triplex and observed Fuentes at 1004 West Hendrix Street Rogers, Arkansas 72756, on two different occasions. Detective Cookinham also observed Fuentes' vehicle and Reyes' vehicle at the residence.

15. On or about March 18, 2022, Your Affiant discovered a parcel (suspect parcel) was mailed from Brownsville, Texas to 1004 Hendrix St., in Rogers, Arkansas. The suspect parcel, 9405511202508912195711, is addressed to Jazmin Fuentes.

16. On or about March 21, 2022, Your Affiant intercepted the suspect parcel at the Rogers, Arkansas Main Post Office.

17. On or about March 21, 2022, Rogers, Arkansas Police Officer Tyler Wilson and his canine (K9) partner Stache were utilized in the investigation of the suspect parcel. The suspect parcel was placed under a USPS mail tub in the Rogers, Arkansas Main Post Office. The parcel was placed under the second tub, along with four other USPS mail tubs (empty), east to west (see photo below). The USPS tubs were placed, "Upside down," so Officer Wilson would not know the location of the suspect parcel during the investigation. K-9 Stache searched the area with the tubs off leash. K-9 Stache alerted on the suspect parcel, indicating the presence of an odor of a substance he is certified to detect was present. K-9 Stache alerts passively.



22. K-9 Stache and Officer Wilson are certified by the K-9 Working Dogs International. K-9 Stache is certified in the detection of methamphetamine, cocaine, marijuana and heroin.

## Conclusion

18. Based upon the foregoing facts and circumstances, I believe probable cause exists that illegal narcotics or materials related to the sale or distribution of controlled substances will be found in the above-described suspect parcel.

19. Therefore, I respectfully request the Court to issue a warrant to search the suspect parcel described in Attachment A for any such controlled substances, packaging material associated with controlled substances, currency, or correspondence associated with the use or distribution of controlled substances, as described in Attachment B of violations of Title 21, United States Code, Sections 841(a)(1), 844, and 846.

David L. Barrett
United States Postal Inspector

Subscribed and sworn to before me on this 21st day of March, 2022.

Christy D. Comstock
United States Magistrate Judge

ATTACHMENT A

The Suspect Parcel

| | |
|---|---|
| USPS Priority Mail No.: | 9405511202508912195711 |
| Addressee: | JAZMIN FUENTES<br>1004 HENDRIX ST<br>ROGERS, AR 72756-5810 |
| Sender: | PICA-PICA CANDY<br>PICA-PICA TX, INC<br>488 REGAL ROW #110<br>Brownsville, TX 78521 |
| Date Mailed: | March 16, 2022 |
| Class of Mail: | Priority Mail |
| Place Mailed: | Brownsville, TX |





Page 1 of 1

ATTACHMENT B

## Items to be Searched for and Seized

1. Cocaine, methamphetamine, marijuana, controlled prescription pills, capsules, powders or liquids and/or heroin.

2. Packaging, baggies, blister packs, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, and/or other substances with a strong odor.

3. Any and all records reflecting the sending and receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, and/or other common carriers.

4. United States and foreign currency, securities, precious metals, jewelry, gift cards, store value cards, stocks, and bonds, that are proceeds, evidence or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.

5. Any and all records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substance, including books, receipts, notes, ledgers, pay/owe sheets, correspondence, records noting price, quantity, date and times when controlled substances were purchased, possessed, transferred, distributed, sold, and/or concealed.

6. Any and all records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities and the identities of conspirators in controlled substance trafficking activities, all of which are evidence, fruits, and/or instrumentalities of violations of Title 21, United States Code, Sections 841 (a), and 846.